IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CURTIS ALBERT MANN, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:22-cv-00407 |
| ALEJANDRO MAYORKAS, ET AL., | ) JUDGE CAMPBELL |
| Defendants. | ) |

## ORDER

By February 5, 2024, Plaintiffs shall file a notice informing the Court of the status of this matter.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE